OPINION — AG — ** BOARD OF EDUCATION — DISCIPLINARY HEARING ** UNDER 25 O.S. 1971 201 [25-201], A BOARD OF EDUCATION MAY NOT DISCUSS STUDENT DISCIPLINARY MATTERS OR CONDUCT STUDENT DISCIPLINARY HEARINGS, OTHER THAN THE DELIBERATION STAGE, IN EXECUTIVE SESSION. THE VOTE OF THE BOARD OF EDUCATION MUST BE MADE IN PUBLIC PURSUANT TO THE PROVISIONS OF SECT. 201 (OPEN MEETING LAWS) CITE: OPINION NO. 74-113, 75 O.S. 1971 324 [75-324] (ADMINISTRATIVE PROCEDURES ACT) (JOE C. LOCKHART)